

1

2

3   UNITED STATES DISTRICT COURT

4   NORTHERN DISTRICT OF CALIFORNIA

5   IN THE MATTER OF                              )
                                                  )    Case Number: **302MISC**
6   Richard John Nikas - #183768                  )
                                                  )   **ORDER TO SHOW CAUSE RE**
7                                                 )   **SUSPENSION FROM MEMBERSHIP**
                                                  )   **IN GOOD STANDING OF THE BAR** **WHA**
8                                                 )   **OF THE COURT**
                                                  )
9   _____

10  TO:  Richard John Nikas

11  You are enrolled as a member of the bar of the Northern District of California. Notice has been received

12  by the Chief Judge of the United States District Court for the Northern District of California that your

13  status as a member of the State Bar of California has been modified as follows:

14      Enrolled as an inactive member pursuant to Section 6007 of the Business and Professions Code and

15  may not practice law while so enrolled effective December 3, 2012.

16  Effective the date of this order, your membership in the bar of this Court is **suspended on an interim**

17  **basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before February 8, 2013,** you may file a response

18  to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the

19  Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you

20  will be suspended from membership without further notice.

21      If you are disbarred, suspended or placed on disciplinary probation by this Court and are later

22  restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to

23  Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after February 8, 2013, absent further

24  order of this Court.

25      IT IS SO ORDERED.

26  Dated: December 21, 2012

27                              _____
                                WILLIAM ALSUP
28                              United States District Judge

*Form updated July 2012*